# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | CV 22-02280-FWS (MAAx) | Date | September 8, 2022 |
|---|---|---|---|
| Title | United African-Asian Abilities Club et al v. Sussex Granada Court LLC et al | | |

PRESENT:

**HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

| Melissa H. Kunig | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                                None Present

**PROCEEDINGS:   (IN CHAMBERS) ORDER TO SHOW CAUSE REGARDING STATUS OF STAY AND EARLY MEDIATION IN ADA ACTION**

On June 3, 2022, the Court granted Defendant's Application for Stay and Early Mediation, stayed this action for 90 days, and ordered the parties to "file with the Court a Joint Status Report no later than seven (7) days after the ADR proceeding is completed advising the Court of the status of the alleged ADA violations and their mediation efforts." (Dkt. 14)  As of this date, no status report has been filed.

Accordingly, the Court hereby ORDERS plaintiff's counsel, to show cause in writing no later than **September 22, 2022**, why this action should not be dismissed for lack of prosecution.

As an alternative to a written response by plaintiff, the Court will consider the filing of one of the following, as an appropriate response to this OSC, on or before the above date:

| X | Joint Status Report advising the Court of the status of the alleged ADA violations and their mediation efforts. |
| X | Notice of Settlement |
| X | Notice of Voluntary Dismissal (FRCivP 41) |

Initials of Deputy Clerk   mku